# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**220**

**CA 14-01323**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

PAULA S. MORRIS, PLAINTIFF-RESPONDENT,

                    V                                              ORDER

J. BRADFORD MORRIS, DEFENDANT-APPELLANT.

---

MARY S. HAJDU, LAKEWOOD, FOR DEFENDANT-APPELLANT.

J. ADAMS & ASSOCIATES, PLLC, WILLIAMSVILLE (JOAN CASILIO ADAMS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered February 7, 2014 in a divorce action. The order, among other things, granted in part plaintiff's motion for pendente lite relief and denied defendant's cross motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 20, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  February 6, 2015                    Frances E. Cafarell
                                              Clerk of the Court